**Treva R. WOODS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2007–3236.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2007.

Treva R. Woods, of Memphis, TN, pro se.

Steven M. Mager, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Franklin E. White, Jr., Assistant Director.

Before MAYER, DYK and PROST, Circuit Judges. ·

PER CURIAM.

Treva R. Woods appeals the decision of the Merit Systems Protection Board dismissing her appeal. *Treva R. Woods v. U.S. Postal Serv.*, AT–0752–07–0160–I–1 (MSPB Feb. 13, 2007). We *affirm*.

This court may only reverse the board's decision if it is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; obtained without procedures required by law, rule or regulation; or unsupported by substantial evidence. *See* 5 U.S.C. § 7703(c). We find no error in the board's dismissal of Woods' appeal because, in a submission dated Feb-

ruary 12, 2007, she voluntarily withdrew her appeal from the board. We conclude, moreover, that Woods has failed to establish the existence of new or material evidence sufficient to justify the reopening of her appeal.